UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    1:26-cr-004
    )
MICHAEL JAMES GARRETT    )

## ORDER

Based on the government's motion, leave of court is granted for the dismissal without prejudice of the indictment in the above-referenced case.

So ORDERED, this _18th_ day of _May_, 2026.

_____
J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA